**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher Lee Cecil, | ) | No. CV 05-1626 PHX-NVW (DKD) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro; Johnny Tucker, | ) | |
| Respondents. | ) | |

Before the court are petitioner's Petition for Writ of Habeas Corpus (doc. #1), United States Magistrate Judge David K. Duncan's Report and Recommendation (doc. #18), and petitioner's Response to the Recommendation by Magistrate Judge Duncan (doc. #19).

The court has considered petitioner's Response and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the magistrate judge's determinations, accepts his recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1    IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge David K. Duncan (doc. #18) is accepted.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus (doc. #1) is denied and dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and terminate this action.

DATED this 6th day of October, 2005.

_____
Neil V. Wake
United States District Judge